No. 2712. BUSÓ ET AL., APPELLANTS, v. BUSÓ, APPELLEE.— District Court of Humacao. Ejectment. Decided May 3,

1923. The parties having been notified of the setting of a day for hearing them as to whether the appeal should be dismissed for lack of appellant's brief, the appellant asked for and obtained on April 23 a term of three days within which to file a stipulation of the parties and he having failed to appear, the appeal is dismissed for abandonment.